In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-06-432 CR


____________________



WILLIAM PRESTON SMITH, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 359th District Court


Montgomery County, Texas


Trial Cause No. 03-12-08686-CR






MEMORANDUM OPINION


 We have before the Court a motion from the appellant, William Preston Smith, to
withdraw his appeal. See Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by
appellant personally and by counsel of record. No opinion has issued in this appeal. The
motion is granted, and the appeal is therefore dismissed. The motion to issue the mandate
early is granted. We direct the Clerk of the Court to issue the mandate immediately. 

 APPEAL DISMISSED.


 _____________________________

 STEVE McKEITHEN

 Chief Justice

Opinion Delivered March 7, 2007

Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.